UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:  WILSON, ALLEN                             CASE NO.: 13-10302
DEBTOR(S)                                          CHAPTER 7

EXPARTE MOTION TO REOPEN CASE AND
WITHDRAW TRUSTEE'S REPORT OF NO DISTRIBUTION

The motion of Dwayne M. Murray ("mover"), who served as permanent trustee in this case, respectfully represents that:

1.

As trustee, he filed a "Trustee's Report of No Distribution" on June 9, 2015. The Court closed the case on June 10, 2016.

2.

On May 29, 2015, the Court granted the Trustee's Motion to for Authority to close the Case without Abandoning Assets [P-30], a personal injury claim. The claim entitled: Allen Wilson vs. ACCC Insurance Co and Aurilo Areveilo, in the 19th JDC. The case has settled and funds have been sent to the trustee for administration.

3.

Mover further request that the fee for reopening the case be paid from funds in the estate, and the Report of No Distribution be withdrawn.

WHEREFORE, Mover prays that:
1. The case is reopened;
2. The United States Trustee re-appoint Dwayne Murray trustee;
3. No special meeting of creditors is scheduled;
4. The Court costs to reopen the case be paid from funds in the estate.

Dated:  May 31, 2016                              Respectfully Submitted:

                                                  /s/ Dwayne M. Murray
                                                  Dwayne M. Murray, LSBA 18658
                                                  Chapter 7 Trustee
                                                  One American Place
                                                  301 Main Street, Suite 810
                                                  Baton Rouge, LA  70801
                                                  225-925-1110
                                                  225-925-1116