UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:   WILSON, ALLEN                                      CASE NO.: 13-10302
         DEBTOR(S)                                          CHAPTER 7

EXPARTE MOTION TO DEPOSIT FUNDS INTO COURT REGISTRY

NOW COMES Dwayne M. Murray, trustee herein, who respectfully moves this Honorable Court for an order permitting deposit into the registry of the court, pursuant to 28 U.S.C. 2041, funds totaling $7,563.61.

The source of these funds are surplus funds from Rainbow Credit Center, LLC ($105.71), La Department of Revenue ($172.49) and $7,285.41 (surplus funds) due debtor after payment of all allowed claims filed in this matter.

The trustee has been unsuccessful in locating heirs of the debtor who is believed to be deceased.

Dated: October 24, 2016                      Respectfully Submitted:

                                             /s/ Dwayne M. Murray
                                             Dwayne M. Murray, LSBA 18658
                                             Chapter 7 Trustee
                                             One American Place
                                             301 Main Street, Suite 810
                                             Baton Rouge, LA  70801
                                             225-925-1110
                                             225-925-1116 Fax